AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
| --- | --- |
| v. | ) |
| Larry Mitchell Hopkins | ) Case No. 19MJ1042 |
| aka Johnny Horton, Jr. | ) |
| | ) |
| | ) |
| Defendant | ) |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2019 APR 23 PM 3:08
CLERK-LAS CRUCES

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Larry Mitchell Hopkins                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 USC 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition.

Date: 20 Apr 2019

_____
*Issuing officer's signature*

City and state:   Las Cruces, NM

Gregory B. Wormuth, U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* 04/20/2019 , and the person was arrested on *(date)* 4/22/2019 |
| --- |
| at *(city and state)* Sunland Park, NM |

Date: 4/22/2019

_____
*Arresting officer's signature*

Parker Olding, Special Agent
*Printed name and title*