FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 2 4 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 19-1211 JB |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition. |
| vs. | ) | |
| LARRY MITCHELL HOPKINS a.k.a., Johnny Horton, JR., | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about November 28, 2017, in San Juan County, in the District of New Mexico, the defendant, **LARRY MITCHELL HOPKINS**, having been convicted of at least one of the following felony crimes punishable by imprisonment for a term exceeding one year:

1. Felon in possession of a firearm,

2. Impersonation of a peace officer, and

3. Possession of a loaded firearm by a convicted felon,

knowingly possessed, in and affecting commerce, firearms and ammunition.

In violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney