# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Arraignment/Detention

| | | | |
|---|---|---|---|
| Case Number: | 19-1211 JB | UNITED STATES vs. Hopkins | |
| Hearing Date: | 4/29/2019 | Time In and Out: | 1:40-1:59 / 19 min |
| Clerk: | E. Romero | Courtroom: | Rio Grande |
| Defendant: | Larry Mitchell Hopkins | Defendant's Counsel: | Kelly O'Connell |
| AUSA | George Kraehe | Pretrial/Probation: | S. Day |
| Interpreter: | N/A | | |

### PROCEEDINGS

- ☐ Defendant sworn
- ☐ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: May 19, 2018
- ☒ Discovery Order electronically entered     ☐ Discovery Order previously entered
- ☒ Case assigned to: Judge Browning
- ☒ Trial will be scheduled by presiding judge     ☐ Trial currently set

### Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

### Other

- ☒ Defendant requests release; Government objects; Court denies request.