UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Criminal No. 19-1211 JB |
| LARRY MITCHELL HOPKINS, | § § § | |
| Defendant. | § | |

**MOTION TO CONTINUE TRIAL**

COMES NOW the Defendant, **LARRY MITCHELL HOPKINS**, by and through counsel and, pursuant to the motion to establish competency, moves this court to Reset the July 8th, 2019 Trial for Mr. **LARRY MITCHELL HOPKINS**  As grounds, defendant states:

Defendant **LARRY MITCHELL HOPKINS** presently has an upcoming hearing for a motion for testuing regarding whether he presently suffers from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. It would therefore be best for the Trial date to be reset to a future date when this Court is better informed as to the Defendant's condition.

WHEREFORE, the Defendant respectfully requests this Court to Continue this Trial to a date of its choosing.

Respectfully submitted,

KELLY O'CONNELL

*Kelly O'Connell*        /s

Kelly O'Connell
P.O. Box 1922
Las Cruces, New Mexico 88004
575-805-1245 Phone
575-541-3534 Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd of July, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

George Kraehe
U.S. Attorney's Office
*Office* of the *U.S. Attorney* 201 3rd Street, Suite 900
Albuquerque, NM 87102
Tel:     (505) 346-7274
Fax:    (505) 346-7296

_____
KELLY O'CONNELL