FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 12 2019

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    No. CR 19-1211 JB

LARRY MITCHELL HOPKINS,

    Defendant.

## ORDER CONTINUING TRIAL

**THIS MATTER** comes before the Court on Defendant **LARRY MITCHELL HOPKINS'** Motion to Continue Trial; it appearing the government takes no position on this request, the Court being advised of the circumstances of this matter; and it appearing good grounds exist for the granting of this motion; the Court finds the motion to be well taken and should be granted.

After weighing the best interests of the public and the Defendant with the ends of justice, the Court finds that granting the continuance will strike a proper balance between the ends of justice and the best interests of the public and the Defendant for the reasons stated in the motion requesting this continuance. This continuance is sufficient but not greater than necessary for the Defendant to complete the tasks set out in the motion to continue.

IT IS THEREFORE ORDERED that the motion to continue the trial date of July 8, 2019 is GRANTED. The trial setting of July 8, 2019 is VACATED. The Court resets this matter for trial on November 5, 2019 at 9:00 a.m. All motion deadlines are also continued.

_____
United States District Judge

Submitted by:
Kelly O'Connell
Counsel for Defendant

Approved by:
George Kraehe AUSA
Counsel for Plaintiff

After weighing the best interests of the public and of the Defendant with the ends of justice, the Court finds that granting a continuance will strike a proper balance between the ends of justice and the best interests of the public and of the Defendant for the reasons stated in the motion requesting a continuance, filed July 3, 2019 (Doc. 20). Specifically, the Defendant's history, recent injuries and age, the need for tests and analysis, outweighs the Defendant's and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7). The pretrial motion deadline is _October 15, 2019_. The Court will set the trial for _November 5, 2019_ (trailing docket). This _120_- day continuance is sufficient, without being greater than necessary, for the Defendant to complete the tasks set forth in the motion to continue.

_[signature]_
7/11/19