UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable James O. Browning**

**CASE NO.** CR 19-1211JB   **DATE:** July 26, 2019

**TITLE:** *USA v. Larry Mitchell Hopkins*

**COURTROOM CLERK:** C. Bevel   **COURT REPORTER:** J. Bean

**COURT IN SESSION:** 2:26PM-2:34PM   **TOTAL TIME:** 8 MINUTES

**TYPE OF PROCEEDING:** 17 First MOTION for Psychiatric/Psychological Exam

**COURT RULING:** Court grants Order.

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**
George Kraehe   Kelly O'Connell

**PROCEEDINGS:**

2:26pm   Court in session, counsel enter appearances, defendant present in custody, present today in a wheel chair.

2:27pm   Mr. O'Connell addresses defendant's medial conditions.

2:29pm   Mr. Kraehe responds, does not see evidence of lack of competence of defendant. Is not opposed to having defendant evaluated by BOP facility.

2:30pm   Court indicates that request is only for local evaluation. Court not at a point to make a finding of incompetence. A local examination is a good idea.

2:32pm   Court has signed Order. Court inquires about anyone in particular to do evaluation. Recommends Dr. Mercedes Marshall.

2:34pm   Mr. O'Connell will contact Dr. Marshall.

2:34pm   Court in recess.