# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Mitchell R. Elfers**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

October 31, 2019

TO: U.S. Marshal

RE: <u>*USA vs. Larry Mitchell Hopkins*</u>

CR: 19-cr-01211-JB

The above-named defendant has an appointment for an examination on Friday, November 8, 2019 at 10:00 am at the Cibola County Correctional Complex, with:

Dr. Michael R. Rodriguez, PhD
3900 Juan Tabo Blvd., NE
Albuquerque, NM 87111
(505) 275-6405

If the defendant is unable to make the above scheduled appointment, <u>contact the doctor's and the Clerk's Office (505) 348-2000 immediately</u>.

The Court appreciates your cooperation in this matter.

Yours truly,
MITCHELL R. ELFERS

By:_____/s/_____
Deputy Clerk

cc: Counsel