IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CR NO. 19-1211 JB |
| LARRY MITCHELL HOPKINS, | ) |
| Defendant. | ) |

ORDER OF FINDING OF COMPETENCY PURSUANT TO 18 U.S.C. §4241

THIS MATTER having come before the Court on the *Motion to Determine Mental Competency of Defendant*, Doc. 17, pursuant to 18 U.S.C. § 4241, the motion having been granted by this Court, Doc. 24, and subsequently the Forensic Psychological Evaluation being conducted November 8, 2019 through November 29, 2019, and the Court being fully advised of the premises and noting that neither counsel for the government nor counsel for Mr. Hopkins challenges or opposes the findings in the Forensic Report dated December 20, 2019. Specifically, the Forensic Report finds that Mr. Hopkins' ability to understand the nature of the charges against him and assist counsel in his own defense are not substantially impaired by a mental disease or defect.

IT IS ORDERED, therefore, that Mr. Hopkins is mentally competent to proceed to trial.

*The Court finds that Mr. Hopkins is, based on Dr. Rodriguez' Forensic Psychological Evaluation (Doc. 36); (i) able to understand the charges against him; and (ii) able to assist ably his counsel in the defense against these charges.*

_____
THE HONORABLE JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE

1/8/20