# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: 19-1211 JB | USA vs.: Hopkins |
| Date: 4/15/20 | Name of Deft: **Larry Mitchell Hopkins** |

Before the Honorable: James O. Browning

| | |
|---|---|
| Time In/Out: 8:30 am  9:33 am | Total Time in Court (for JS10): 63 Minutes |
| Clerk: J. Wright | Court Reporter: R. Brazill |
| AUSA: Holland Kastrin | Defendant's Counsel: Kelly O'Connell |
| Sentencing in: Albuquerque | Interpreter: |
| Probation Officer: Martine Bowers-Lopez | Interpreter Sworn?   Yes   No |

Convicted on: **x** Plea   ☐ Verdict   As to: ☐ Information   **x** Indictment

If Plea: ☐ Accepted   ☐ Not Accepted   Adjudged/Found Guilty on Counts:

If Plea Agreement: **X** Accepted   ☐ Not Accepted   ☐ No Plea Agreement   Comments:

Date of Plea/Verdict: 1/2/20   PSR: **X** Not Disputed   ☐ Disputed   **X** Courts adopts PSR Findings

Evidentiary Hrg: **X** Not Needed   ☐ Needed   **X** Exceptions to PSR: CORRECTIONS AS NOTED BELOW

## SENTENCE IMPOSED

Imprisonment (BOP): **21 MONTHS**

Supervised Release: 3 YEARS   Probation:

REC: ☐ 500-Hour Drug Program   ☐ BOP Sex Offender Program   ☐ Other:

ICE: ☐ Court recommends ICE begin removal proceedings immediately or during service of sentence   ☐ ICE not applicable

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☐ | No re-entry without legal authorization | ☐ | Home confinement for ___ months ___ days |
| ☐ | Comply with ICE laws and regulation | **X** | Community service for 40 hours during supervised release. |
| **X** | Participate in/successfully complete subst abuse **testing** | ☐ | Reside halfway house ___ months ___ days |
| **X** | Participate in/successfully complete mental health program | ☐ | Register as sex offender |
| ☐ | Refrain from use/possession of alcohol/intoxicants | ☐ | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | ☐ | Possess no sexual material |
| ☐ | No contact with victim(s) and/or co-defendant(s) | ☐ | No computer with access to online services |
| ☐ | No entering or loitering near victim's residence | ☐ | No contact with children under 18 years |
| **X** | Provide financial information | ☐ | No volunteering where children supervised |
| **X** | Waive right of confidentiality and allow the treatment provider to release treatment records | ☐ | Restricted from occupation with access to children |
| ☐ | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | ☐ | No loitering within 100 feet of school yards |
| ☐ | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | ☐ | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |

**X** OTHER: Must pay child support

| | |
|---|---|
| Fine: $ None imposed | Restitution: $ 0 |
| SPA: $ 100.00 (100 per count) | Payment Schedule: **x** Due Immediately   ☐ Waived |

OTHER:

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | ☐ | Voluntary Surrender |

Recommended place(s) of incarceration:

Dismissed Counts:

| | |
|---|---|
| OTHER COMMENTS: | Corrections to PSR: Paragraph 3, Page 1 – "contends" should be "contents" – stipulated by parties<br>Paragraph 74 Pg 18, Line 6 – "present" should be "presence"- stipulated by parties<br>Paragraph 77, line 5 – change "has" to "had" – stipulated by parties<br>Offense Level 15/CH II<br>Government moves for 3rd level downward adjustment and will provide motion and order to court – parties do not object – Court grants |