IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO.  19-CR-1211 JB |
| ) | |
| vs. ) | |
| ) | |
| **LARRY MITCHELL HOPKINS**, ) | |
| ) | |
| Defendant. ) | |

<u>UNITED STATES' MOTION FOR § 3E1.1(b) DOWNWARD ADJUSTMENT</u>

Pursuant to USSG § 3E1.1(b), the United States moves for a one-level downward adjustment in the Defendant's sentencing guidelines offense level.

1. Pursuant to USSG § 3E1.1(a), the Defendant has clearly demonstrated acceptance of responsibility for this offense.  The Defendant has assisted authorities in the investigation or prosecution of this matter by timely notifying authorities of the Defendant's intention to enter a plea of guilty.

2. Prior to the operation of USSG § 3E1.1(a), the Defendant's offense level was 16 or greater.

3. Counsel for Defendant does not oppose this motion.

    Respectfully submitted,

    JOHN C. ANDERSON
    United States Attorney

    *Electronically filed*

    HOLLAND S. KASTRIN
    Assistant U. S. Attorney
    P.O. Box 607
    Albuquerque, NM   87102
    (505) 346-7472

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to opposing counsel of record.

  *Filed Electronically*
HOLLAND S. KASTRIN
Assistant United States Attorney